## McLeod v. Jordan.

Bell, J. This case is controlled by the decision in the companion case of *Short* v. *Jordan*, ante.

Judgment reversed. *Jenkins, P. J., and Stephens, J., concur.*

Decided December 13, 1928.

*Robert B. Short,* for plaintiff in error. *R. D. Welch,* contra.